USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR B. ORDONEZ ORDONEZ,

Petitioner,

v.

THOMAS DECKER, *in his official capacity as New York City Field Office Director, U.S. Immigration and Customs Enforcement*, et al.,

Respondents.

No. 19-CV-1484 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Petitioner Edgar B. Ordonez Ordonez filed a petition for a writ of habeas corpus on February 15, 2019. On March 8, 2019, Petitioner was released from detention by Immigration and Customs Enforcement ("ICE") upon a payment of a $5,000 bond. *See* Dkt. 13. Shortly thereafter, the Court ordered the parties to submit supplemental briefs addressing whether the Petition had been mooted by Petitioner's release, Dkt. 14, and the parties filed these briefs on March 25, 2019, *see* Dkts. 15-16. No later than December 30, 2019, the parties shall jointly file a letter updating the Court as to the status of the case, and shall inform the Court whether either party seeks action at this time or whether the Court should close the case.

SO ORDERED.

Dated: December 12, 2019
New York, New York

Ronnie Abrams
United States District Judge